**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RICHARD PETER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:09-CV-394-N (BH) |
| § | |
| **RICHARD FISHER,** § | |
| § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the *Motion to Dismiss of Defendant and Brief in Support*, filed March 23, 2009 is GRANTED.

SO ORDERED.

Signed June 8, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE